**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Marvin S. EKKELKAMP, Defendant—**
**Appellant.**

**No. 01–30142.**

**D.C. No. CR–00–00259–MJP.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 15, 2003.

Edsonya Charles, Seattle, WA, for Plaintiff–Appellee.

Brian R. Phillips, Peter Mazzone, Phillips and Mazzone, Lawyers, Everett, WA, Marvin S. Ekkelkamp, Wildomar, CA, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM**

Marvin S. Ekkelkamp appeals his conviction and sentence imposed after a jury trial for bankruptcy fraud, in violation of 18 U.S.C. § 157(1) and use of a false social security number, in violation of 42 U.S.C. § 408(a)(7)(B).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ekkelkamp has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Ekkelkamp has filed a pro se supplemental brief.[1]

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

1. All pending motions are denied.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the judgment of the district court is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.